IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YLADMIR GUSENKOV, *et al.*, | No. C 09-4747 SI |
| Plaintiffs, | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |
| v. | |
| WASHINGTON MUTUAL BANK FA, *et al.*, | |
| Defendants. | |

On October 6, 2009, defendant JP Morgan Chase Bank N.A. removed this case from state court to this Court. On October 15, 2009, several defendants filed a motion to dismiss the complaint. (Docket No. 4). The case was then reassigned to the undersigned judge, and on October 27, 2009 defendants filed an amended motion to dismiss. (Docket No. 11). The motion is scheduled for a hearing on February 5, 2010. Plaintiffs' opposition to the motion was due no later than January 15, 2010. Plaintiffs, who are representing themselves without counsel, have not filed an opposition, nor have plaintiffs taken any action in this case since it was removed to this Court.

Accordingly, the Court orders plaintiffs to file a declaration by **February 5, 2010** stating why this case should not be dismissed without prejudice for failure to prosecute. The February 5, 2010 hearing on defendants' motion to dismiss is VACATED. The Court will reschedule the hearing on the motion if necessary. Failure to comply with these deadlines will result in dismissal of plaintiffs' complaint without prejudice.

**IT IS SO ORDERED.**

Dated: January 25, 2010

SUSAN ILLSTON
United States District Judge