UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

YLADMIR GUSENKOV et al,

    Plaintiff,

v.

WASHINGTON MUTUAL BANK et al,

    Defendant.
_____/

Case Number: CV09-04747 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 25, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Olga Gusenkov
Vladimir Gusenkov
1873 Granada Drive
Concord, CA 94519

Dated: January 25, 2010

                                Richard W. Wieking, Clerk
                                By: Tracy Forakis, Deputy Clerk