UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

YLADMIR GUSENKOV et al,　　　　　　　　Case Number: CV09-04747 SI

　　　　　Plaintiff,　　　　　　　　　　　　**CERTIFICATE OF SERVICE**

v.

WASHINGTON MUTUAL BANK et al,

　　　　　Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 1, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Olga Gusenkov
Vladimir Gusenkov
1873 Granada Drive
Concord, CA 94519

Dated: March 1, 2010

　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　By: Tracy Forakis, Deputy Clerk